UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTAR CAPITAL, INC., and TAL PROPERTIES LLC,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 3:08-CV-1537 (VLB)<br><br><br><br>DECEMBER 9, 2008 |

### AFFIDAVIT OF CORPORATE OWNERSHIP

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss.
COUNTY OF NEW YORK　)

　　　　DANIEL GORDON, being duly sworn, deposes and says:

　　1.　　I am Daniel Gordon, President of defendant Allstar Capital, Inc ("Allstar").

　　2.　　Allstar is owned by Gordon Family I, LP.

　　3.　　The beneficiary owners of Gordon Family I, LP, who have a 10% or greater interest in the limited partnership are: Laura Gordon (40%), Carolina E. Gordon Trust (30%), and me (30%).

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Daniel Gordon

Sworn to before me this
9th day of December, 2008

_____
NOTARY PUBLIC